IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JUSTIN MELANI, an individual,                    No. 3:17-cv-01177-AC

                Plaintiff,                    ORDER

      v.

CHIPOTLE SERVICES, LLC, a foreign
limited liability company; CHIPOTLE
MEXICAN GRILL, INC., a foreign
corporation,

              Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation [46] on August 2, 2018,

in which he recommends that the Court grant Plaintiff leave to amend his complaint. The matter

is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil

Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [46]. Plaintiff's Motion for Leave to File an Amended Complaint [26] is GRANTED.

IT IS SO ORDERED.

DATED this 27 day of Sept , 2018

_____
MARCO A. HERNÁNDEZ
United States District Judge